United States District Court
District of Massachusetts

|   |   |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Manuel Henriquez,<br><br>    Defendant. | Criminal Action No.<br>19-10080-NMG |

ORDER

GORTON, J.

Defendant's Assented-to Motion to Continue Sentencing (Docket no. 1187) is **ALLOWED**, in part, and **DENIED**, in part. The sentencing is rescheduled for Friday, July 10, 2020 at 11:00 a.m. If travel restrictions remain in force on that date and defendant continues not to consent to proceed by video, the sentencing will occur one week after the lifting of said restrictions with no further continuances.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: May 14, 2020

-1-