UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.: 19-10080-NMG |
| MANUEL HENRIQUEZ, | ) ) ) | |
| Defendant | ) ) | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The government respectfully submits this supplemental memorandum in advance of the July 29, 2020 sentencing of defendant Manuel Henriquez. For the reasons set forth below, the government respectfully revises its prior sentencing recommendation and now recommends a sentence of imprisonment of five months, to be followed by two years of supervised release and a fine of $150,000. The government also recommends that as a condition of supervised release Henriquez should be required to perform 250 hours of community service. The government is revising its recommendation to comport with sentences imposed by this Court on similarly situated defendants and plea agreements the government has entered into pursuant to Fed. R. Crim. Pro. 11(c)(1)(C) with other defendants who have not yet been sentenced.

The conduct that led to Henriquez's conviction for conspiracy to commit mail and wire fraud and honest services mail and wire fraud and conspiracy to commit money laundering is set forth in the government's initial sentencing memorandum, filed at Dkt. 816, as well as in the pre-sentence report ("PSR"). In short, Henriquez, together with his wife, conspired with Singer to cheat five times on college entrance exams. In addition, Henriquez directed his banker to send a $400,000 purported donation to Singer's Key Worldwide Foundation ("KWF") charity that facilitated the purported recruitment of Henriquez's daughter by Georgetown tennis coach Gordon

Ernst.

As the Court is aware, defendants Michelle Janavs, Douglas Hodge and Elizabeth and Manuel Henriquez all pled guilty on the same day, October 21, 2019. The government filed a joint sentencing memorandum on February 3, 2020 recommending sentences of 21 months for Janavs, 24 months for Hodge, 26 months for Elizabeth Henriquez, and 18 months for Manuel Henriquez. *See* Dkt. 816 at 18.  This Court imposed sentences of five months for Janavs, nine months for Hodge, and seven months for Elizabeth Henriquez.  In addition, since the filing of the joint sentencing memorandum the government has entered into plea agreements pursuant to Fed. R. Crim. Pro. 11(c)(1)(C) with defendants Lori Loughlin, Mossimo Giannulli and David Sidoo.  In those agreements, the parties agreed– subject to Court approval – to prison terms of two months for Loughlin, five months for Giannulli, and three months for Sidoo.[1]

Based on the sentences imposed by this Court, and the plea agreements entered into subsequent to the joint sentencing memorandum, the government now recommends that the Court sentence Henriquez to a term of five months in prison.  Such a sentence recognizes the seriousness of Henriquez's criminal conduct, while avoiding unwarranted sentencing disparities with similarly situated co-defendants.   While chief executive officer of Hercules Capital, a publicly traded company, Henriquez, together with his wife, engaged Singer to cheat on more college entrance exams than any other parent.  And when Singer met with Henriquez and his wife at their home on January 27, 2019, at the direction of investigators, Henriquez confirmed his understanding that Singer facilitated cheating on his children's exams, and that Singer took measures to ensure that the cheating would go undiscovered.  *See* PSR ¶ 74 (Henriquez acknowledged that his daughter's

---

[1] On July 15, 2020, this Court accepted the parties' binding plea agreement and sentenced Sidoo to three months of imprisonment.

scores were never increased more than 30%, which is why they had never "got anything pushed back").

At the same time, Henriquez was a less active participant in the mechanics of the fraud than his wife, Elizabeth. Henriquez is also less culpable than Hodge, who pursued the "side door" bribery with Singer repeatedly, at multiple universities. Yet Henriquez is more culpable than Sidoo or Loughlin, who pursued the scheme fewer times (Sidoo) or were less active in its execution (Loughlin). In light of the foregoing, the government respectfully revises its recommendation to five months of imprisonment.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

                               By:    */s/ Eric S. Rosen*
                                              ERIC S. ROSEN
                                              JUSTIN D. O'CONNELL
                                              LESLIE A. WRIGHT
                                              KRISTEN A. KEARNEY
                                              KARIN M. BELL
                                              STEPHEN E. FRANK
Date: July 22, 2020                           Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by CM/ECF on July 22, 2020.

                                              */s/ Eric S. Rosen*
                                              ERIC S. ROSEN