IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | x<br>:<br>: |
| -vs- | :<br>:<br>: |
| | :    Case No. 19-CR-10080-NMG |
| MANUEL HENRIQUEZ, | :<br>: |
| Defendant. | :<br>:<br>:<br>: |
| | x |

**<u>DEFENDANT MANUEL HENRIQUEZ'S MOTION FOR AN ORDER PERMITTING
HIS EARLY SURRENDER TO THE BUREAU OF PRISONS AND RECOMMENDING
THAT HE BE PERMITTED TO VISIT HIS WIFE</u>**

On July 29, 2020, this Court sentenced defendant Manuel Henriquez to a term of six months imprisonment. This Court also ordered Mr. Henriquez to surrender to the designated Bureau of Prisons facility no later than February 24, 2021. Mr. Henriquez had asked the Court to set his surrender date after his wife's scheduled release date of January 27, 2021 so that one parent would be available at all times to attend to family responsibilities. For good cause, as set forth below, Mr. Henriquez respectfully requests that this Court issue an order permitting him to surrender to the Bureau of Prisons on October 27, 2020. Additionally, Mr. Henriquez requests that this Court issue an order recommending that he be permitted to visit his wife prior to his surrender. Counsel for Mr. Henriquez has consulted with the government, through AUSA Eric Rosen, who indicated that the government takes no position regarding the requests in his motion.

Elizabeth Henriquez is currently incarcerated at the Federal Correctional Institution in Dublin, California ("FCI Dublin"), and her release date remains January 27, 2021. Since Mr.

*Motion allowed.* /s/ NMGorton, USDJ 10/8/20